UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01321-CJC (KESx) | Date | November 6, 2020 |
|---|---|---|---|
| Title | Dan Deforest v. Travel Transparency of Arizona, LLC et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal of this entire action [19], and hereby orders the case dismissed with prejudice as to plaintiff Dan Deforest, and without prejudice as to the putative class. Further, the Court orders all proceedings in the case vacated and taken off calendar.

-   :   -

Initials of Deputy Clerk   cw